UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAX BLU TECHNOLOGIES, LLC,<br>Plaintiff,<br><br>v.<br><br>VERBATIM AMERICAS LLC,<br>Defendant. | CIVIL ACTION NO. 1:18-cv-00002-RGA |

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

Dated: September 25, 2018

*/s/ Stamatios Stamoulis*

**STAMOULIS & WEINBLATT LLC**
Stamatios Stamoulis (#4606)
stamoulis@swdelaw.com
Richard C. Weinblatt (#5080)
weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, Delaware 19809
Telephone: (302) 999-1540

**HENINGER GARRISON DAVIS, LLC**
James F. McDonough, III, *pro hac vice*
Jonathan R. Miller, *pro hac vice*
Travis E. Lynch, *pro hac vice*
3621 Vinings Slope, Suite 4320
Atlanta, Georgia 30339
Telephone: (404) 996-0869, -0863, -0867
Facsimile: (205) 547-5502, -5506, -5515
Email: jmcdonough@hgdlawfirm.com
Email: jmiller@hgdlawfirm.com
Email: tlynch@hgdlawfirm.com

*Attorneys for Plaintiff*
*MAX BLU TECHNOLOGIES, LLC*

*/s/Frederick L. Cottrell, III*
*(e-signed with express permission)*

**RICHARDS LAYTON & FINGER**
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Nicole K. Pedi (#6236)
pedi@rlf.com
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700

**KILPATRICK TOWNSEND &
STOCKTON LLP**
Grace L. Pan, *pro hac vice*
1114 Avenue of the Americas
New York, New York 10036-7703
Telephone: 212-775-8844
Facsimile: 212-981-3706
Email: gpan@kilpatricktownsend.com

Alyson L. Wooten, *pro hac vice*
1100 Peachtree Street, Suite 2800
Atlanta, Georgia 30309-4528
Telephone: 404-815-6652
Facsimile: 404-541-4664
Email: awooten@kilpatricktownsend.com

*Attorneys for Defendant*
*VERBATIM AMERICAS LLC*

Plaintiff MAX BLU TECHNOLOGIES, LLC ("Plaintiff") and Defendant VERBATIM AMERICAS LLC ("Defendant"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby move for an Order dismissing all of Plaintiff's claims in this action WITH PREJUDICE, and dismissing all of Defendant's claims in this action WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**SO ORDERED THIS** 26 **day of** September 2018

_____
UNITED STATES DISTRICT JUDGE